IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAKHBOZ RAKHIMOV, :<br>:<br>Petitioner, :<br>:<br>:<br>v. :<br>: PETITION FOR WRIT OF<br>: HABEAS CORPUS<br>:<br>: No. 26-cv-190<br>:<br>JAMAL L. JAMISON, in his official :<br>capacity as Warden of the :<br>Philadelphia Federal Detention :<br>Center, et al., :<br>:<br>Respondents. :<br>:<br>: | |

## ORDER

**AND NOW,** this 26th day of January, 2026, upon consideration of Mr. Rakhimov's Petition for Writ of Habeas Corpus (ECF No. 1), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Petition is **GRANTED** as follows:

1. Mr. Rakhimov is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The Government shall **RELEASE** Mr. Rakhimov from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 12:00 p.m. ET on February 2, 2026;

1

3. The Government is temporarily enjoined from re-detaining Mr. Rakhimov for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Mr. Rakhimov after that seven-day period, it must first provide him with a bond hearing where an Immigration Judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Rakhimov from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines that Mr. Rakhimov is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from me to move Mr. Rakhimov if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Mr. Rakhimov.

The Clerk of Court shall mark this case closed.

    s/ANITA B. BRODY, J.
    ANITA B. BRODY, J.